IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIP SYSTEMS, LLC, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-0253 |
| | § | |
| SBC OPERATIONS, INC., *et al.*, | § | |
| Defendants. | § | |

**ORDER DISMISSING PLAINTIFFS' CLAIMS
AGAINST CERTAIN DEFENDANTS WITH PREJUDICE**

The Joint Motion for Dismissal With Prejudice filed by plaintiffs, TIP Systems, LLC and TIP Systems Holding Co., Inc. ("TIP Systems"), and defendants, SBC Operations, Inc., AT&T Corporation, and TCG Public Communications, Inc. (the "Dismissed Defendants"), is granted.

TIP Systems's claims and causes of action against the Dismissed Defendants are dismissed with prejudice. Each of the moving parties is to bear its own costs, attorney's fees, and expenses as incurred.

This order does not relate to or affect any of TIP Systems's other claims and/or causes of action, asserted or unasserted, against any party to this lawsuit other than those claims and causes of action asserted by TIP Systems against the Dismissed Defendants, which are dismissed.

SIGNED on February 12, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge