IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIP SYSTEMS, LLC and TIP SYSTEMS HOLDING CO., INC., § § § § Plaintiffs, § § v. § § SBC OPERATIONS, INC., et al., § § Defendants. § | Case No. 4:06-cv-00253 |

## FINAL JUDGMENT

On this date the Court entered Final Judgment dismissing all the claims of TIP Systems, LLC and TIP Systems Holding Co., Inc., ("TIPS") asserted against Securus Technologies, Inc., ("Securus") with prejudice. The Court, having considered Securus's Unopposed Motion for Entry of Final Judgment pursuant to Federal Rule of Civil Procedure 54(b) ("Motion"), the summary judgment briefings and evidence, the relevant pleadings, the arguments of counsel, and the applicable law, finds that Securus's Motion should be, and is in all things, **GRANTED**. Based upon the foregoing, the Court finds that Securus is entitled to judgment as a matter of law so that all claims asserted against Securus in this matter are dismissed with prejudice.

IT IS THEREFORE ORDERED that a Final Judgment is entered dismissing with prejudice all claims asserted by TIPS against Securus in this matter.

IT IS FURTHER ORDERED that this Judgment is intended to be **FINAL** for purposes of appeal.

The Clerk shall enter this Judgment and provide a copy to all parties.

*[signature]*

June 24, 2008

FINAL JUDGMENT                                                                      Solo Page