IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIP SYSTEMS, LLC, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| VS. § | CIVIL ACTION NO. H-06-0253 | |
| § | | |
| SBC OPERATIONS, INC., *et al.*, § | | |
| § | | |
| Defendants. § | | |

**FINAL JUDGMENT**

TIP Systems, Inc. and TIP Systems Holding Co. ("TIP Systems") sued SBC Operations, Inc., Securus Technologies, Inc., Conversant Technologies, Inc., AT&T Corporation, TCG Public Communications, Inc., and John D. Profanchik, alleging patent infringement.

On February 10, 2008, this court granted a joint motion for dismissal filed by TIP Systems and the defendants SBC Operations, Inc., AT&T Corporation, and TCG Public Communications. (Docket Entry No. 46). TIP Systems's claims against these defendants were dismissed with prejudice.

On January 10, 2008, this court granted Securus's summary judgment motion against TIP Systems. (Docket Entry No. 69). On June 24, 2008, this court granted Securus's unopposed motion for a final judgment pursuant to Federal Rule of Civil Procedure 54(b) and entered a final judgment dismissing TIP Systems's claims against Securus with prejudice. (Docket Entry Nos. 87, 88).

On June 18, 2008, TIP Systems accepted an offer of judgment from the remaining defendants in the case, Conversant Technologies, Inc. and John Profanchik. (Docket Entry

No. 89, Ex. A-1). TIP Systems notified this court that it had accepted Conversant's and Profanchik's offer of judgment and requested this court to enter a judgment in accordance with the offer. (Docket Entry No. 89).

Conversant and Profanchik must pay $5,000 to TIP Systems. Judgment is entered dismissing all claims as to all parties, with prejudice. Each party is to pay its own costs.

This is a final judgment.

SIGNED on July 8, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge